IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00609-PAB-MEH

THE INDEPENDENCE INSTITUTE,
JON CALDARA,
DENNIS POLHILL,
JESSICA CORRY,
MASON TVERT,
RUSSELL HAAS,
DOUGLAS CAMPBELL, and
LOUIS SCHROEDER,

    Plaintiffs,

v.

BERNIE BUESCHER, in his official capacity as Colorado Secretary of State,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 9, 2010.**

    Plaintiffs' Motion to Amend Complaint [filed April 8, 2010; docket #8] is **granted**, pursuant to Fed. R. Civ. P. 15(a)(1)(B). The Clerk of Court is directed to enter the First Amended Complaint and accompanying documentation located at dockets ##8-1 and 8-2.