**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

Courtroom Deputy: Kathy Preuitt-Parks        Date: May 14, 2010
Court Reporter: Janet Coppock                Time: 5 hours and 39 minutes

**CASE NO.  10-cv-00609-PAB-MEH**

Parties                                      Counsel

**INDEPENDENCE INSTITUTE,**                  David Lane
**JON CALDARA,**                             Lisa Sahli
**DENNIS POLHILL,**
**JESSICA CORRY,**
**MASON TVERT,**
**RUSSELL HASS,**
**DOUGLAS CAMPBELL,**
**LOUIS SCHROEDER, and**
**SCOTT LAMM,**

                    Plaintiff (s),

vs.

**BERNIE BUESCHER,**                         Matthew Grove
                                             Maurice Knaizer
                                             Melody Mirbaba
                    Defendant (s).           Katherine Mikeworth

**HEARING ON MOTION FOR PRELIMINARY INJUNCTION**

**9:33 a.m.        COURT IN SESSION**

APPEARANCES OF COUNSEL.  Plaintiff Jon Caldara is present.

**Plaintiffs' Motion for Preliminary Injunction (Doc #15), filed 4/12/10.**

Court and counsel address preliminary matters.

**ORDERED:**  Plaintiffs' **exhibits 1 through 25 (inclusive)** are ADMITTED by stipulation.

**ORDERED:**  Defendant's **exhibits A through A-30 (inclusive)** are ADMITTED by stipulation.

**ORDERED:**  Plaintiffs' Unopposed Motion For Leave To Use Telephonic Testimony (Doc #24), filed 5/11/10 is **GRANTED**.

**9:47 a.m.**  Direct examination of plaintiffs' witness Michael Douglas Arno by Mr. Lane.

The parties stipulate that Mr. Arno is an expert in the field of gathering signatures for putting voter initiatives on the ballot.

**10:42 a.m.  COURT IN RECESS**

**10:53 a.m.  COURT IN SESSION**

Direct examination by Mr. Lane continues.

**10:54 a.m.**  Cross examination by Mr. Grove.

Witness excused.

**11:00 a.m.**  Direct examination of plaintiffs' witness Scott Lamm by Mr. Lane.

**11:32 a.m.**  Cross examination by Mr. Knaizer.

**11:53 a.m.**  Redirect examination by Mr. Lane.

Witness excused.

**11:55 a.m.**   **COURT IN RECESS**

**1:18 p.m.**   **COURT IN SESSION**

Direct examination of plaintiffs' witness Jessica Corry by Mr. Lane.

**1:31 p.m.**   Cross examination by Mr. Knaizer.

**1:46 p.m.**   Redirect examination by Mr. Lane.

Witness excused.

**1:48 p.m.**   Direct examination of defendant's witness Ted Blaszak by Mr. Grove.

**2:41 p.m.**   Cross examination by Mr. Lane.

**3:06 p.m.**   **COURT IN RECESS**

**3:25 p.m.**   **COURT IN SESSION**

Cross examination by Mr. Lane continues.

**3:31 p.m.**   Redirect examination by Mr. Grove.

Witness excused.

**3:40 p.m.**   Direct examination of defendant's witness Dr. Dan Smith by Mr. Grove.

The parties stipulate that Dr. Smith is an expert in the field of initiative and referendum.

**4:05 p.m.**   Cross examination by Mr. Lane.

**4:30 p.m.**   Redirect examination by Mr. Grove.

Witness excused.

**4:32 p.m.**   Direct examination of defendant's witness Clinton Knorpp by Ms. Mirbaba.

**4:41 p.m.**   Cross examination by Mr. Lane.

**4:47 p.m.**     Redirect examination by Ms. Mirbaba.

Witness excused.

**4:50 p.m.**     Direct examination of plaintiffs' witness Charles Chavez by Ms. Sahli.

**4:56 p.m.**     Cross examination by Ms. Mirbaba.

Witness excused.

**ORDERED:**  Hearing continued to **May 28, 2010 at 1:00 p.m.**

**5:05 p.m.     COURT IN RECESS**

**Total in court time:          339 minutes**

**Hearing continued**