IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00609-PAB-MEH

THE INDEPENDENCE INSTITUTE,
JON CALDARA,
DENNIS POLHILL,
JESSICA CORRY,
MASON TVERT,
RUSSELL HAAS,
DOUGLAS CAMPBELL,
LOUIS SCHROEDER, and
SCOTT LAMM

    Plaintiffs,

v.

BERNIE BUESCHER, in his official capacity as Colorado Secretary of State,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 17, 2010.**

    Plaintiffs' Second Motion to Amend Complaint [filed May 11, 2010; docket #25] is **denied without prejudice**. Plaintiffs represent that "the state may object to the Motion to Amend," but do not inform the Court whether the motion is opposed. (Docket #25 at 2.) Accordingly, the Court denies the motion without prejudice for failure to comply fully with the requirements of D.C. Colo. LCivR 7.1.[1]

    The Court reminds the parties of their continuing obligations to comply fully with D.C. Colo. LCivR 7.1A. *See Hoelzel v. First Select Corp.*, 214 F.R.D. 634, 636 (D. Colo. 2003) (because Rule 7.1A requires meaningful negotiations by the parties, the rule is not satisfied by one party sending the other party a single email, letter or voicemail).

---

    [1]Notably, the Court directed Plaintiffs to file a supplement to this motion stating whether the motion is opposed, consistent with the requirements of D.C. Colo. LCivR 7.1, on or before May 13, 2010. (Docket #27.) To date, Plaintiffs have not done so.