IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00609-PAB-MEH

THE INDEPENDENCE INSTITUTE,
JON CALDARA,
DENNIS POLHILL,
JESSICA CORRY,
MASON TVERT,
RUSSELL HAAS,
DOUGLAS CAMPBELL,
LOUIS SCHROEDER, and
SCOTT LAMM

     Plaintiffs,

v.

BERNIE BUESCHER, in his official capacity as Colorado Secretary of State,

     Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 19, 2010.**

     Plaintiffs' Unopposed Second Motion to Amend Complaint [filed May 17, 2010; docket #37] is **granted**. The Clerk of Court is directed to enter the Second Amended Complaint and accompanying exhibit located at Dockets ##37-1 and 37-2.