# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: June 2, 2010 |
| Court Reporter: Janet Coppock | Time: 5 hours and 15 minutes |

**CASE NO. 10-cv-00609-PAB-MEH**

| Parties | Counsel |
|---|---|
| **INDEPENDENCE INSTITUTE,** | David Lane |
| **JON CALDARA,** | Lisa Sahli |
| **DENNIS POLHILL,** | |
| **JESSICA CORRY,** | |
| **MASON TVERT,** | |
| **RUSSELL HASS,** | |
| **DOUGLAS CAMPBELL,** | |
| **LOUIS SCHROEDER, and** | |
| **SCOTT LAMM,** | |
| Plaintiff (s), | |
| vs. | |
| **BERNIE BUESCHER,** | Matthew Grove |
| | Maurice Knaizer |
| | Melody Mirbaba |
| Defendant (s). | Katherine Mikeworth |

## CONTINUED HEARING ON MOTION FOR PRELIMINARY INJUNCTION

**8:39 a.m.**   **COURT IN SESSION**

APPEARANCES OF COUNSEL.  Plaintiff Jon Caldara is present.

**Plaintiffs' Motion for Preliminary Injunction (Doc #15), filed 4/12/10**

Defendant withdraws question to plaintiffs' witness Carl Childers regarding an alleged felony conviction.

| | |
|---|---|
| **8:40 a.m.** | Direct examination of defendant's witness Kathryn Mikeworth by Ms. Mirbaba. |
| **9:16 a.m.** | Cross examination by Mr. Lane. |
| **9:53 a.m.** | Redirect examination by Ms. Mirbaba. |

Witness excused.

| | |
|---|---|
| **9:57 a.m.** | Direct examination of defendant's witness Jennifer Brown by Ms. Mirbaba. |
| **10:20 a.m.** | **COURT IN RECESS** |
| **10:40 a.m.** | **COURT IN SESSION** |
| | Cross examination by Mr. Lane. |
| **11:00 a.m.** | Redirect examination by Ms. Mirbaba. |

Witness excused.

| | |
|---|---|
| **11:02 a.m.** | Direct examination of defendant's witness Wayne Munster by Ms. Mirbaba. |
| **11:18 a.m.** | Cross examination by Mr. Lane. |
| **11:37 a.m.** | Redirect examination by Ms. Mirbaba. |

Witness excused.

**11:40 a.m.**     Direct examination of defendant's witness Robert McNeil by Ms. Mirbaba.

**11:56 a.m.**    **COURT IN RECESS**

**1:39 p.m.**    **COURT IN SESSION**

        Direct examination by Ms. Mirbaba continues.

**1:43 p.m.**    Cross examination by Mr. Lane.

Witness excused.

**1:54 p.m.**    Argument by Mr. Lane in support of plaintiffs' motion. Questions by the Court.

**2:45 p.m.**    Argument by Mr. Knaizer. Questions by the Court.

**3:32 p.m.**    **COURT IN RECESS**

**3:50 p.m.**    **COURT IN SESSION**

        Argument by Mr. Knaizer continues.

**4:04 p.m.**    Rebuttal argument by Mr. Lane.

**ORDERED:** Counsel may simultaneously file briefs addressing the propriety of a federal court declaring a state statute violative of a state Constitution in this case by **12:00 noon on June 4, 2010.**

**4:15 p.m.**    **COURT IN RECESS**

**Total in court time:**        315 minutes

**Hearing concluded**