IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 10-cv-00609-PAB-MEH | Date: December 21, 2010 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom C203** |

THE INDEPENDENCE INSTITUTE, *et al.*,                     Lisa Sahli

      Plaintiffs,

v.

BERNIE BUESCHER,                                                    Matthew Grove
                                                                                        Maurice Knaizer
      Defendant.                                                         Melody Mirbaba
                                                                                        LeeAnn Morrill

## COURTROOM MINUTES/MINUTE ORDER

**MOTIONS HEARING**

**Court in session:**     3:18 p.m.

Court calls case. Appearances of counsel.

Argument and discussion regarding Defendant's Motion to Compel Plaintiffs' Production of Documents and Information Sought in Discovery (Doc. #87, filed 12/8/10) and Defendant's Motion to Modify Scheduling Order (Doc. #88, filed 12/8/10).

**ORDERED:**  1.  Defendant's Motion to Compel Plaintiffs' Production of Documents and Information Sought in Discovery (Doc. #87, filed 12/8/10) is GRANTED in part and DENIED without prejudice in part as stated on the record. No later than the week of January 3, 2011, Defendant may take Rule 30(b)(6) depositions of Daniel Kennedy, Scott Lamm, and Albie Hurst. The topics of the depositions will be Plaintiffs' production of the six years of redacted tax schedules relating to the business of collecting signatures for all Plaintiffs to date, as well as the manner in which the businesses are run.

               2.  Defendant's Motion to Modify Scheduling Order (Doc. #88, filed 12/8/10) is GRANTED in part and DENIED in part as follows:

- Rebuttal expert disclosures due by **February 20, 2011**
- Discovery deadline extended to **March 31, 2011**
- Dispositive motion deadline extended to **March 31, 2011**

3. Defendant shall file a Status Report by **January 18, 2011,** indicating the documents that remain at issue.

4. A Status Conference is set for **January 21, 2011, at 10:00 a.m.**  The Court will re-evaluate Defendant's Motion to Compel Plaintiffs' Production of Documents and Information Sought in Discovery (Doc. #87, filed 12/8/10) at that time.

**Court in recess:**     **4:44 p.m. (Hearing concluded)**
**Total time in Court:** 1:26