IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00609-PAB-MEH

THE INDEPENDENCE INSTITUTE,
JON CALDARA,
DENNIS POLHILL,
JESSICA CORRY,
MASON TVERT,
RUSSELL HAAS,
DOUGLAS CAMPBELL,
LOUIS SCHROEDER,
SCOTT LAMM,
DANIEL KENNEDY, and
ALBIE HURST,

    Plaintiffs,

v.

BERNIE BUESCHER, in his official capacity as Colorado Secretary of State,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 1, 2011.**

    The Stipulated Motion to Amend Scheduling Order [filed January 31, 2011; docket #107] is **granted**. The Scheduling Order is hereby amended to reflect that each side, Plaintiffs and Defendant, is entitled to pose a total of thirty interrogatories. Defendant may pose a total of thirty interrogatories to all Plaintiffs cumulatively, and Plaintiffs, as a group, may pose a total of thirty interrogatories to Defendant.