IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 10-cv-00609-PAB-MEH | Date:   March 1, 2011 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom A501** |

| | |
|---|---|
| THE INDEPENDENCE INSTITUTE, *et al.*, | Lisa Sahli |
| | David Lane |
| Plaintiffs, | Lauren Fontana |
| vs. | |
| SCOTT GESSLER, | Maurice Knaizer |
| | Matthew Grove |
| Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session:**     1:28 p.m.

Court calls case.  Appearances of counsel.  Also present: Plaintiff Jon Caldara.

Argument and discussion regarding Secretary's Motion to Compel Testimony Pursuant to Fed. R. Civ. P. 30(b)(6) [Doc. #111, filed 2/7/11].

The Court takes the motion under advisement.

**Court in recess:**       2:13 p.m.   **(Hearing concluded)**
**Total time in court:**   0:45