IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00609-PAB-MEH

THE INDEPENDENCE INSTITUTE,
JON CALDARA,
DENNIS POLHILL,
JESSICA CORRY,
MASON TVERT,
RUSSELL HAAS,
DOUGLAS CAMPBELL,
LOUIS SCHROEDER,
SCOTT LAMM,
DANIEL KENNEDY, and
ALBIE HURST,

    Plaintiffs,

v.

SCOTT GESSLER, in his official capacity as Colorado Secretary of State,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 25, 2011.**

    Defendant's Unopposed Motion to Modify Scheduling Order [filed March 23, 2011; docket #131] is **granted in part** and **denied in part**. The fact discovery deadline is extended up to and including **April 11, 2011**, for the *sole purpose* of completing discovery as to Plaintiff Kennedy. For all other outstanding discovery issues, the fact discovery deadline remains set at March 31, 2011. The dispositive motion deadline is extended up to and including **April 19, 2011**, in consideration of the Final Pretrial Conference scheduled for April 20, 2011.