IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No.  10-cv-00609-PAB-MEH

THE INDEPENDENCE INSTITUTE,
JON CALDARA,
DENNIS POLHILL,
JESSICA CORRY,
MASON TVERT,
RUSSELL HAAS,
DOUGLAS CAMPBELL,
LOUIS SCHROEDER,
SCOTT LAMM,
ALBIE HURST, and
DANIEL KENNEDY,

      Plaintiffs,

v.

SCOTT GESSLER, in his official capacity as Colorado Secretary of State,

      Defendant.

## ORDER DISMISSING PARTY

This matter is before the Court on plaintiffs' motion to dismiss Jessica Corry [Docket No. 150].  Plaintiffs state that Jessica Corry wishes to withdraw as a plaintiff in this matter and that defendant does not oppose this relief.  Accordingly, it is

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims of plaintiff Jessica Corry in this matter are dismissed without prejudice, with each party to bear its own attorneys' fees and costs.

DATED May 6, 2011.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge

DATED May 6, 2011.

BY THE COURT:

  s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge