**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 10-cv-00609-PAB-MEH | Date: June 17, 2011 |
| Courtroom Deputy: Monique Wiles | **FTR – Courtroom A501** |

| | |
|---|---|
| THE INDEPENDENCE INSTITUTE, *et al.*, | David A. Lane |
| | Lisa R. Sahli |
| Plaintiff, | |
| vs. | |
| SCOTT GESSLER, | Maurice G. Knaizer |
| | Melody Mirbaba |
| | LeeAnn Morrill |
| Defendant. | Matthew D. Grove |

**COURTROOM MINUTES/MINUTE ORDER**

**FINAL PRETRIAL CONFERENCE**

**Court in session:   9:25 a.m.**

Court calls case.  Appearances of counsel.

The Court takes up Defendant's Motion for Discovery (to Reopen) [Doc. No. 173, filed 6/14/2011].

Counsel provide background and argument.

The proposed Final Pretrial Order was reviewed.

**ORDERED:**   Defendant's Motion for Discovery (to Reopen) [Doc. No. 173, filed 6/14/2011] is **GRANTED IN PART and DENIED IN PART** for reasons set forth on the record.

**ORDERED:**   Plaintiff shall file a Status Report with the Court by **June 23, 2011 at noon.**

(X) The Final Pretrial Order was NOT approved; counsel were directed to submit a revised proposed Pretrial Order, in accordance with the directions of the Court by **June 23, 2011 at noon.**  The revised proposed Pretrial Order shall be filed on the Court's electronic filing system and shall be submitted to Judge Hegarty via email.

**Hearing Concluded**.

**Court in recess:  9:57 a.m.**
**Total time in court:**  32 minutes