IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 10-cv-00609-PAB-MEH | Date: September 15, 2011 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom A501** |

THE INDEPENDENCE INSTITUTE, *et al.*,   Lisa Sahli

    Plaintiffs,

vs.

SCOTT GESSLER,   LeeAnn Morrill
                                                         Maurice G. Knaizer
    Defendant.   Melody Mirbaba

**COURTROOM MINUTES/MINUTE ORDER**

**MOTIONS HEARING**

**Court in session:**     **10:36 a.m.**

Court calls case. Appearances of counsel.

Argument and discussion regarding Plaintiffs' Motion for Relief from Order Requiring Non-party Witness, Alvin Anders, to Travel More than 100 Miles for his Continued Deposition (Doc. #255, filed 9/13/11).

**ORDERED:** Plaintiffs' Motion for Relief from Order Requiring Non-party Witness, Alvin Anders, to Travel More than 100 Miles for his Continued Deposition (Doc. #255, filed 9/13/11) is GRANTED, as set forth on the record. The deposition of Alvin Anders will be taken at the Seattle courthouse of the U.S. District Court for the Western District of Washington. This Court will arrange to have a room available at the courthouse for the deposition and will send that information to counsel in an e-mail. The only cost to be reimbursed by Plaintiffs to Defendant will be the cost of the round-trip flight for one of Defendant's representatives to travel to Seattle to take Mr. Anders' deposition. The Court has approximated the cost to be $326.

Discussion regarding the Secretary's Unopposed Motion to Extend Discovery Deadline with Respect to Alvin Anders (Doc. #253, filed 9/13/11).

**ORDERED:** Secretary's Unopposed Motion to Extend Discovery Deadline with Respect to Alvin Anders (Doc. #253, filed 9/13/11) is GRANTED as stated on the record. The discovery deadline is extended to and including **October 15, 2011,** to allow completion of Mr. Anders' deposition.

**Court in recess:** 11:19 a.m.  (Hearing concluded)
**Total time in court:** 0:43