IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.  10-cv-00609-PAB-MEH | Date:   October 28, 2011 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom A501** |

THE INDEPENDENCE INSTITUTE, *et al.*,                     Lisa Sahli

     Plaintiffs,

vs.

SCOTT GESSLER,                                                              Matthew Grove
                                                                                              Maurice Knaizer
     Defendants.                                                            Melody Mirbaba

HEIDI VEROUGSTRAETE and                                     Robert Bruce
NATIONAL BALLOT ACCESS, INC.,

     Interested Parties.

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session:**     **10:03 a.m.**

Court calls case.  Appearances of counsel.

Argument and discussion regarding Motion for Protective Order (Doc. #263, filed 10/4/11) and discussion regarding the discovery deadline and the Final Pretrial Conference date.

The Court has determined that the Motion for Protective Order (#263) should be filed in the Northern District of Georgia.

**ORDERED:**   1.   For reasons stated on the record, The Motion for Protective Order (Doc. #263, filed 10/4/11) is DENIED.  The Court does not have jurisdiction over Ms. Verougstraete or National Ballot Access, Inc.

                2.   The discovery deadline is extended up to and including **December 15, 2011,** to allow counsel time to complete the deposition of Heidi Verougstraete in Georgia.

                3.   The Final Pretrial Conference set for November 29, 2011, is vacated and **reset to December 15, 2011, at 9:00 a.m.**  The proposed Final Pretrial Order is due on or before **December 12, 2011.**  A copy of the proposed

       Final Pretrial order shall be filed with the Clerk of the Court, and a copy in Word or WordPerfect format shall be sent to Hegarty_Chambers@cod.uscourts.gov.

**Court in recess:**  **10:15 a.m.  (Hearing concluded)**
**Total time in court:** 0:12