IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL E. HEGARTY

---

Civil Action No.   10-cv-00609-PAB-MEH

Courtroom Deputy:  Cathy Coomes

Date:   March 16, 2012

**FTR – Courtroom A501**

---

THE INDEPENDENCE INSTITUTE, *et al.*,

     Plaintiff,

vs.

SCOTT GESSLER,

     Defendant.

Lisa Sahli

LeeAnn Morrill
Matthew Grove
Melody Mirbaba

---

### COURTROOM MINUTES/MINUTE ORDER

---

**FINAL PRETRIAL CONFERENCE**

**Court in session:**    **9:58 a.m.**

Court calls case.  Appearances of counsel.

Argument and discussion regarding Secretary's Motion to Compel Supplemental Discovery Responses from Plaintiffs and Plaintiffs' Experts (Doc. #290, filed 3/6/12).

**ORDERED:**  1.    Secretary's Motion to Compel Supplemental Discovery Responses from Plaintiffs and Plaintiffs' Experts (Doc. #290, filed 3/6/12) is GRANTED in part and DENIED in part as stated on the record as follows:

    &bull;    The information shall be produced by Plaintiffs **on or before March 30, 2012.**  If the information cannot be produced on or before March 30, 2012, Ms. Sahli shall inform the Court by **March 23, 2012.**

    &bull;    On or before **March 19, 2012,** Defendant shall provide Plaintiffs with a list of interrogatories to be supplemented.

    &bull;    Defendant will be allowed to take a one-hour deposition of Mason Tvert **before March 30, 2012.**

    2.    Discovery is re-opened for the sole purpose of this order and shall be completed by **March 30, 2012.**

    3.    A Status Conference is set for **March 30, 2012, at 8:00 a.m.  <u>All parties must be present in person for the hearing.</u>**  If the order on the Secretary's Motion to Compel set forth above has been complied with, the

           hearing may be vacated.

**Court in recess:**    **11:45 a.m.**    **(Hearing concluded)**
**Total time in court:**  1:47