IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL E. HEGARTY

| | |
|---|---|
| Civil Action No.   10-cv-00609-PAB-MEH | Date:   March 16, 2012 |
| Courtroom Deputy:  Cathy Coomes | **FTR – Courtroom A501** |

THE INDEPENDENCE INSTITUTE, *et al.*,                    Lisa Sahli

    Plaintiff,

vs.

SCOTT GESSLER,                                                          LeeAnn Morrill
                                                                                                 Matthew Grove
    Defendant.                                                              Melody Mirbaba

**COURTROOM MINUTES/MINUTE ORDER**

**FINAL PRETRIAL CONFERENCE**

**Court in session:**     **9:58 a.m.**

Court calls case.  Appearances of counsel.

Argument and discussion regarding Secretary's Motion to Compel Supplemental Discovery Responses from Plaintiffs and Plaintiffs' Experts (Doc. #290, filed 3/6/12).

**ORDERED:**  1.     Secretary's Motion to Compel Supplemental Discovery Responses from Plaintiffs and Plaintiffs' Experts (Doc. #290, filed 3/6/12) is GRANTED in part and DENIED in part as stated on the record as follows:

•  The information shall be produced by Plaintiffs **on or before March 30, 2012.**  If the information cannot be produced on or before March 30, 2012, Ms. Sahli shall inform the Court by **March 23, 2012.**

•  On or before **March 19, 2012,** Defendant shall provide Plaintiffs with a list of interrogatories to be supplemented.

•  Defendant will be allowed to take a one-hour deposition of Mason Tvert **before March 30, 2012.**

2.  Discovery is re-opened for the sole purpose of this order and shall be completed by **March 30, 2012.**

3.  A Status Conference is set for **March 30, 2012, at 8:00 a.m.  All parties must be present in person for the hearing.**  If the order on the Secretary's Motion to Compel set forth above has been complied with, the

                        hearing may be vacated.

**Court in recess:**　　**11:45 a.m.**　　**(Hearing concluded)**
**Total time in court:**　1:47