IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00609-PAB-MEH

THE INDEPENDENCE INSTITUTE,
JON CALDARA,
DENNIS POLHILL,
MASON TVERT,
RUSSELL HAAS,
DOUGLAS CAMPBELL,
LOUIS SCHROEDER,
SCOTT LAMM,
DANIEL KENNEDY, and
ALBIE HURST,

    Plaintiffs,

v.

SCOTT GESSLER, in his official capacity as Colorado Secretary of State,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 16, 2012.**

    The Secretary's Unopposed Motion to Amend Final Pretrial Order to Substitute Official Capacity Witness [filed April 13, 2012; docket #313] is **granted**. Upon review of the motion and in consideration of the unforseen circumstances detailed therein, the Court finds good cause to amend the Final Pretrial Order to permit Terry West to testify as a witness in the place of Vicki Smith. All other provisions of the Final Pretrial Order remain in effect.