**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

Courtroom Deputy: Kathy Preuitt-Parks      Date: April 27, 2012
Court Reporter: Janet Coppock               Time: 36 minutes

**CASE NO. 10-cv-00609-PAB-MEH**

| Parties | Counsel |
|---|---|
| **INDEPENDENCE INSTITUTE,** **JON CALDARA,** **DENNIS POLHILL,** **JESSICA CORRY,** **MASON TVERT,** **RUSSELL HASS,** **DOUGLAS CAMPBELL,** **LOUIS SCHROEDER,** **SCOTT LAMM,** **ALBIE HURST,** and **DANIEL KENNEDY,** Plaintiff (s), | David Lane Lisa Sahli |
| vs. | |
| **SCOTT GRESSLER,** **Secretary of State,** Defendant (s). | Matthew Grove Maurice Knaizer Melody Mirbaba LeAnn Morrill |

**TRIAL PREPARATION CONFERENCE**

**1:34 p.m.**     **COURT IN SESSION**

Page Two
10-cv-00609-PAB-MEH
April 27, 2012

Matter set for trial to the Court, commencing May 14, 2012.

Court and counsel discuss Judge Brimmer's Practice Standards and address pending pretrial matters.

**ORDERED:** Only non-expert witnesses will be **SEQUESTERED.**

**ORDERED:**  Defendant's Motion to Strike Heidi Verougstraete as a Witness for Plaintiffs (Doc #286) is **DENIED as MOOT.**

**ORDERED:**  Defendant's Objection/Appeal of Magistrate Judge Decision to District Court Order (Doc #271) is **DENIED as MOOT.**

**2:10 p.m.    COURT IN RECESS**

**Total in court time:        36  minutes**

**Hearing concluded**