IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00609-PAB-MEH

THE INDEPENDENCE INSTITUTE, *et al.*

    Plaintiffs,

v.

SCOTT GESSLER, in his official capacity as Colorado Secretary of State,

    Defendant.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    This matter comes before the Court on the Joint Motion for Mediation Regarding Fee Petition With Magistrate Judge Hegarty [Docket No. 394], wherein the parties ask the Court for an order "permitting Magistrate Judge Hegarty to mediate the fee petition dispute between the parties."  Good cause appearing, it is

    **ORDERED** that the Joint Motion for Mediation Regarding Fee Petition With Magistrate Judge Hegarty [Docket No. 394] is granted.  It is further

    **ORDERED** that, pursuant to D.C.COLO.LCivR 16.6A, Magistrate Judge Michael E. Hegarty is authorized to conduct a settlement conference regarding Plaintiffs' Motion for Attorneys Fees and Expenses [Docket No. 393].

    DATED July 18, 2013.